United States District Court
Northern District of California

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11    DALLAS BROOKS ACHANE,                 Case No. 22-cv-5100 BLF (PR)

12              Petitioner,

13         v.                               JUDGMENT

14    PEOPLE OF THE STATE OF
      CALIFORNIA,
15
                Respondents.
16

17

18

19         For the reasons stated in the order of dismissal, this action is DISMISSED without

20   prejudice.   Judgment is entered accordingly.

21         The Clerk shall close the file.

22         **IT IS SO ORDERED.**

23   Dated:  __December 1, 2022___

24                                          BETH LABSON FREEMAN
                                            United States District Judge
25

26

27
     Judgment
28   P:\PRO-SE\BLF\HC.22\05100Achane_LR3-11-Judgment.docx